MARCUS J. LEE, ESQ. (Nevada Bar No. 15769)
E: MLee@ohaganmeyer.com
JOHN ORR, ESQ. (Nevada Bar No. 14251)
E: JOrr@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101
T: 725.286.2801

*Attorneys for Defendant JRI Hospitality Management, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHERIE O'NEILL, an individual,<br><br>*Plaintiff*,<br><br>vs.<br><br>JRI HOSPITALITY MANAGEMENT, INC.; and DOES 1 through 20, inclusive,<br><br>*Defendant*. | Case No. 2:25-cv-01968-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE A RESPONSIVE PLEADING**<br><br>**(FIRST REQUEST)** |

/ / /

/ / /

/ / /

/ / /

/ / /

1

Pursuant to LR IA 6-1(a), the parties, by and through their respective counsel of record, hereby stipulate to extend the deadline for Defendant JRI Hospitality Management, Inc. to file its response to Plaintiff's Complaint (ECF No. 1) up to and until November 21, 2025.  The parties have agreed to this extension because defense counsel was recently assigned to this matter and requires additional time to investigate the Complaint's allegations prior to filing a responsive pleading.

Dated this 7th day of November, 2025

/s/ Lawrence W. Frieman
Lawrence W. Freiman, Esq.
Nevada Bar No. 10588
FREIMAN LEGAL
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401

*Attorney for Plaintiff*

Dated this 7th day of November, 2025

/s/ John Orr
MARCUS J. LEE
Nevada Bar No. 15769
JOHN ORR
Nevada Bar No. 14251
O'HAGAN MEYER PLLC
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101

*Attorneys for JRI Hospitality Management, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 7, 2025