MARCUS J. LEE, ESQ. (Nevada Bar No. 15769)
E: MLee@ohaganmeyer.com
JOHN ORR, ESQ. (Nevada Bar No. 14251)
E: JOrr@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101
T: 725.286.2801

*Attorneys for Defendant JRI Hospitality Management, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHERIE O'NEILL, an individual, | Case No. 2:25-cv-01968-JCM-EJY |
| *Plaintiff*, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE A RESPONSIVE PLEADING** |
| JRI HOSPITALITY MANAGEMENT, INC.; and DOES 1 through 20, inclusive, | |
| *Defendant*. | **(SECOND REQUEST)** |

/ / /

/ / /

/ / /

/ / /

/ / /

1

Pursuant to LR IA 6-1(a), the parties, by and through their respective counsel of record, hereby stipulate to extend the deadline for Defendant JRI Hospitality Management, Inc. to file its response to Plaintiff's Complaint (ECF No. 1) up to and until January 5, 2026. The parties have agreed to this additional extension to allow sufficient time to negotiate a potential resolution of Plaintiff's claims without further litigation. The Parties represent that this request is made in good faith and not to delay the proceedings.

Dated this 21st day of November, 2025.

**FREIMAN LEGAL**

/s/*Lawrence W. Freiman*
Lawrence W. Freiman, Esq.
Nevada Bar No. 10588
Freiman Legal
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401.

*Attorney for Plaintiff*

Dated this 21st day of November, 2025.

**O'HAGAN MEYER, PLLC**

/s/*John Orr*
Marcus J. Lee, ESQ.
Nevada Bar No. 15769
John Orr, ESQ.
Nevada Bar No. 14251
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101

*Attorneys for Defendant*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  November 21, 2025

2