JEFF WINCHESTER, ESQ. (Nevada Bar No. 10279)
E: JWinchester@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101
T: 725.286.2801

*Attorneys for Defendant JRI Hospitality*
*Management, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHERIE O'NEILL, an individual, | Case No. 2:25-cv-01968-JCM-EJY |
| *Plaintiff,* | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| JRI HOSPITALITY MANAGEMENT, INC.; and DOES 1 through 20, inclusive, | |
| *Defendant.* | |

Come now Plaintiff CHERIE O'NEILL ("Plaintiff") and Defendant JRI HOSPITALITY MANAGEMENT, INC.; ("Defendant"), and  jointly stipulate and agree to the dismissal of all of Plaintiff's claims against JRI HOSPITALITY MANAGEMENT, INC., with prejudice.

/ / /

/ / /

/ / /

Plaintiff and Defendant shall bear their own attorneys' fees and costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated this 13th day of July, 2026

 /s/  Lawrence W. Freiman 
Lawrence W. Freiman, Esq.
Nevada Bar No. 10588
Freiman Legal
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
E:lawrence@freimanlegal.com

*Attorney for Plaintiff*

s/ *Jeff Winchester* 
JEFF WINCHESTER, ESQ.
Nevada Bar No. 10279
O'HAGAN MEYER PLLC
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101

*Attorney for Defendant*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:    July 13, 2026          

2